## TILLOTSON ET AL. V. BISHOP.

In an action against a society's committee for assessing the plaintiff for the support of the minister, etc. when by law he is exempted; it is necessary, that in his declaration he shows himself, to be within the exemptions.

ERROR. Bishop sued Tillotson and others committee of the society of Chesterfield, for inserting his name in a certain rate-bill; declaring that he was a Baptist, and lodged a certificate of his exemption with the clerk of said Chesterfield, in March, A. D. 1786; that on the 19th of February, A. D. 1789, said society voted and laid a tax of one penny half penny on the pound, upon the list of A. D. 1788; and that the defendants inserted his name in said bill, with the sum proportioned to his list annexed; which he had been compelled to pay. Plea before the justice not guilty. Judgment that the defendants were guilty, and for the plaintiff to recover.

Error assigned — That the plaintiff's declaration is insufficient.

Judgment — Manifest error.

By the COURT. It does not appear by the declaration, but that said tax was laid for the support of schooling; or for arrears of debt incurred before March, A. D. 1786; whereas the exemption goes only to minister and meeting-house taxes incurred after the certificate, and the plaintiff ought to show himself to be within the exemption.